**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| I-MAB BIOPHARMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-276-CJB |
| | ) |
| INHIBRX, INC. and BRENDAN ECKELMAN, | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amy H. Candido of Wilson Sonsini Goodrich & Rosati, P.C., 1 Market St, Suite 3300, San Francisco, CA, 94105, to represent Defendant Brendan Eckelman in the above matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Nicole K. Pedi (#6236)
Tyler E. Cragg (#6398)
Andrew M. Moshos (#6685)
P. Andrew Smith (#7117)
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
provner@potteranderson.com
npedi@potteranderson.com
tcragg@potteranderson.com
amoshos@potteranderson.com
asmith@potteranderson.com

Dated: June 14, 2024                    *Attorneys for Defendants*
11563966

- 2 -

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                              _____
                                                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*Amy H. Candido*

Amy H. Candido
WILSON SONSINI GOODRICH & ROSATI, P.C.
1 Market St, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2043
acandido@wsgr.com

Dated: June 13, 2024