IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| I-MAB BIOPHARMA, | ) | |
| | ) | **ORIGINAL** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-276-CJB |
| | ) | |
| INHIBRX, INC. and | ) | |
| BRENDAN ECKELMAN, | ) | |
| | ) | |
| Defendants. | ) | |

# VERDICT FORM

We, the jury in the above-entitled action, unanimously find as follows:

## EXISTENCE OF A TRADE SECRET

**QUESTION 1:** Did I-Mab prove, by a preponderance of the evidence, that any of the following are trade secrets?

(write a "✓" in the column corresponding to your finding)
("Yes" is a finding for I-Mab; "No" is a finding for Defendants)

| Alleged Trade Secret | Yes | No |
|---|---|---|
| Trade Secret 1: Research Data and Analysis Associated with L14B | | ✓ |
| Trade Secret 2: Research Data and Analysis Associated with L1T6 | | ✓ |
| Trade Secret 4: Research Data and Analysis Associated with L1H3 | | ✓ |
| Trade Secret 5: Research Data and Analysis Associated with TJD5 | | ✓ |
| Trade Secret 8: Research Data and Analysis Associated with L1I7 | | ✓ |

If you answered "Yes" for any Trade Secret in Question 1, answer Question 2.
If you answered "No" to all, skip to the end.

1

## MISAPPROPRIATION OF A TRADE SECRET

**QUESTION 2:** For each Trade Secret for which you answered "Yes" in Question 1, did I-Mab prove, by a preponderance of the evidence, that Defendants misappropriated that Trade Secret through Acquisition by Improper Means and/or Use?

(write "Yes" or "No" in each box)
("Yes" is a finding for I-Mab; "No" is a finding for the corresponding Defendant)

| Alleged Trade Secret | Acquisition by Improper Means | | Misappropriation by Use | |
|---|---|---|---|---|
| | Eckelman | Inhibrx | Eckelman | Inhibrx |
| Trade Secret 1: Research Data and Analysis Associated with L14B | No | No | No | No |
| Trade Secret 2: Research Data and Analysis Associated with L1T6 | No | No | No | No |
| Trade Secret 4: Research Data and Analysis Associated with L1H3 | No | No | No | No |
| Trade Secret 5: Research Data and Analysis Associated with TJD5 | No | No | No | No |
| Trade Secret 8: Research Data and Analysis Associated with L1I7 | No | No | No | No |

If you answered "Yes" to Misappropriation by Use for any Trade Secret and Defendant, then answer Question 3.
Otherwise, skip to the end.

## TRADE SECRET DAMAGES

**QUESTION 3:** For each Trade Secret for which you found Misappropriation by Use, what amount, if any, do you award I-Mab as damages in the form of a reasonable royalty?

(if Plaintiff did not prove entitlement to reasonable royalty damages by a preponderance of the evidence, write zero)

| Alleged Trade Secret | Amount of Reasonable Royalty Damages |
|---|---|
| Trade Secret 1:<br>Research Data and Analysis Associated with L14B | $ 0 |
| Trade Secret 2:<br>Research Data and Analysis Associated with L1T6 | $ 0 |
| Trade Secret 4:<br>Research Data and Analysis Associated with L1H3 | $ 0 |
| Trade Secret 5:<br>Research Data and Analysis Associated with TJD5 | $ 0 |
| Trade Secret 8:<br>Research Data and Analysis Associated with L1I7 | $ 0 |
| Total | $ 0 |

If your answer contained an amount greater than zero, then answer Question 4.
Otherwise, skip to the end.

3

## WILLFUL AND MALICIOUS MISAPPROPRIATION

**QUESTION 4:** Did I-Mab prove, by a preponderance of the evidence, that Defendants' misappropriation was willful and malicious?

Defendant Brendan Eckelman
("Yes" is a finding for I-Mab; "No" is a finding for Defendant Brendan Eckelman)

Yes: _____   No: \_\_\_\_✓\_\_\_\_

Defendant Inhibrx, Inc.
("Yes" is a finding for I-Mab; "No" is a finding for Defendant Inhibrx, Inc.)

Yes: _____   No: \_\_\_\_✓\_\_\_\_

If you answered "Yes" for either Defendant, proceed to Question 5.
Otherwise, skip to the end.

4

## EXEMPLARY DAMAGES

**QUESTION 5:** If you found that Brendan Eckelman and/or Inhibrx engaged in willful and malicious misappropriation, what amount, if any, do you award as exemplary damages?

(you may enter an amount between zero and two times the total amount of reasonable royalty damages that you awarded in Question 3)

(if you enter an amount greater than zero, enter "Yes" or "No" for each Defendant to indicate whether you choose to award exemplary damages against that Defendant; "Yes" is a finding for I-Mab; "No" is a finding for the corresponding Defendant)

| **Amount of Exemplary Damages** | **Brendan Eckelman** | **Inhibrx** |
|---|---|---|
| $ 0 | | |

Proceed to the end.

5

Date: 11/1/2024

[signature redacted]